UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NILSER GISSEL VALENCIA REYES, §<br>*Petitioner* §<br>§<br>v. §<br>§<br>KRISTI NOEM, IN HER OFFICIAL §<br>CAPACITY AS SECRETARY OF THE §<br>DEPARTMENT OF HOMELAND §<br>SECURITY; TODD M. LYONS, IN HIS §<br>OFFICIAL CAPACITY AS ACTING §<br>DIRECTOR OF U.S. IMMIGRATION §<br>AND CUSTOMS ENFORCEMENT; §<br>MIGUEL VERGARA, IN HIS OFFICIAL §<br>CAPACITY AS DIRECTOR OF THE SAN §<br>ANTONIO FIELD OFFICE OF ICE, §<br>ENFORCEMENT AND REMOVAL §<br>OPERATIONS; DAREN K. MARGOLIN, §<br>DIRECTOR OF THE EXECUTIVE §<br>OFFICE FOR IMMIGRATION REVIEW; §<br>AND BOBBY THOMPSON, WARDEN §<br>OF THE SOUTH TEXAS ICE §<br>PROCESSING CENTER; §<br>*Respondents* § | Case No. SA-25-CA-01921-XR |

**SERVICE ORDER**

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Nilser Gissel Valencia Reyes, who is currently detained in the South Texas ICE Processing Center in Pearsall, Texas, located in the Western District of Texas. ECF No. 1.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents:

1. Kristi Noem, Secretary of the Department of Homeland Security;

2.  Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement;

3.  Miguel Vergara, Director of the San Antonio Field Office of ICE, Enforcement and Removal Operations; and

4.  Daren K. Margolin, Director of the Executive Office for Immigration Review.

*See* FED. R. CIV. P. 4(i). Service should be directed to

> Stephanie Rico
> Civil Process Clerk
> U.S. Attorney's Office for the Western District of Texas,
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden, South Texas ICE Processing Center with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process. Service should be directed to

> Warden
> South Texas ICE Processing Center
> 566 Veterans Dr.
> Pearsall, TX 78061

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service. Because this case appears to turn on whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the Court's prior orders addressing this question[1] and note any material factual differences** between those cases and this one. If Respondents so choose, in lieu of a full response, they may instead file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases.

---

[1] *E.g.*, *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025).

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 5th day of January, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE